IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **09-cv-531-JLK-CBS**

**KAREN "KARY" EWALT and
JIM EWALT**,

      Plaintiffs,

v.

**MICHAEL BLAKE**,

      Defendant.

---

### **ORDER FOR DISMISSAL WITH PREJUDICE**
---

In light of the Parties' Stipulation for Dismissal with Prejudice (doc. #16), filed November 19, 2009, it is

**ORDERED** that the Complaint and the claims of the plaintiffs asserted against the defendant in the above-captioned civil action are hereby **DISMISSED WITH PREJUDICE**, each party to pay their own costs, fees and expenses.

Dated: November 19, 2009

                                    BY THE COURT:

                                    *s/John L. Kane*
                                    United States District Court Judge